People v Treaston M.

2026 NY Slip Op 02675

April 29, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Treaston M. (Anonymous), appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 29, 2026

2023-05723, (Ind. No. 74233/22)

Hector D. Lasalle, P.J.

Linda Christopher

Carl J. Landicino

James P. McCormack, JJ.

Patricia Pazner, New York, NY (Sankeerth Saradhi of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jean M. Joyce, and Ann Bordley of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Danny Chun, J.), rendered June 14, 2023, adjudicating him a youthful offender, upon his plea of guilty to criminal possession of a weapon in the second degree, and imposing sentence.

ORDERED that the judgment is affirmed.

The defendant contends that his adjudication as a youthful offender, upon his plea of guilty to criminal possession of a weapon in the second degree, violated the Second and Fourteenth Amendments to the United States Constitution for several reasons. None of the defendant's contentions in this regard are preserved for appellate review (see People v David, 41 NY3d 90, 96; People v Cabrera, 41 NY3d 35, 38-39; People v Davidson, 98 NY2d 738, 739; People v Luperon, 85 NY2d 71, 78), and we decline to reach them in the exercise of our interest of justice jurisdiction.

LASALLE, P.J., CHRISTOPHER, LANDICINO and MCCORMACK, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court